# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA D. SHANNON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00640-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE LONG FORM IFP APPLICATION AND DIRECTING CLERK OF COURT TO FORWARD LONG FORM APPLICATION TO PLAINTIFFS |

On May 6, 2016, Plaintiffs Marla D. Shannon and Guy E. Shannon ("Plaintiffs") filed the complaint in this action. (ECF No. 1.) Plaintiffs filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day. (ECF No. 3.)

In order to proceed in court without prepayment of the filing fee, Plaintiffs must submit an affidavit demonstrating that they "[are] unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In assessing whether a plaintiff qualifies for in forma pauperis under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

Plaintiffs' application states that no other person depends upon Plaintiffs for support, so Plaintiffs' household size is two. The 2016 Poverty Guidelines for the 48 contiguous states for a household of two is $16,020.00. 2016 Poverty Guidelines, https://aspe.hhs.gov/poverty-

1

guidelines (last visited May 10, 2016). Plaintiffs state that Guy Shannon receives $713 per month from Social Security Retirement and Marla Shannon receives $874 per month from Social Security Disability Income, which is a total annual income of $19,044. Plaintiffs' reported annual income is higher than the 2016 Poverty Guidelines.

However, Plaintiffs state that their monthly income is used to pay their expenses, specifically their "basic living need." A litigant does not need to show that they are "absolutely destitute" to qualify for in forma pauperis status under 28 U.S.C. § 1915. See Adkins v. E.I. DuPont de Numours & Co., 335 U.S. 331, 339 (1948). The Court has to compare the Plaintiffs' assets to their liabilities to determine whether they have satisfied the poverty requirement. At this time, the Court finds that it is unable to determine whether Plaintiffs are entitled to proceed in forma pauperis under 28 U.S.C. § 1915. Accordingly, the Court will order Plaintiffs to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiffs are unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiffs;

2. Within **twenty (20) days** of the date of service of this order, Plaintiffs shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiffs fail to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 10, 2016**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28