# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA D. SHANNON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00640-AWI-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3, 5, 6) |

On May 6, 2016, Plaintiffs Marla Shannon and Guy Shannon filed a complaint and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3.) On May 27, 2016, Plaintiffs filed long form applications to proceed in forma pauperis. (ECF Nos. 5, 6.) Plaintiffs' applications demonstrate entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiffs' motions to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**June 1, 2016**__

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1