# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA D. SHANNON, et al., | Case No. 1:16-cv-00640-AWI-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO SERVE FINDINGS AND RECOMMENDATIONS ON PLAINTIFFS |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On May 6, 2016, Plaintiffs Marla D. Shannon and Guy E. Shannon ("Plaintiffs") filed the complaint in this action. (ECF No. 1.) On June 29, 2016, the Court issued findings and recommendations recommending dismissing certain claims without leave to amend. (ECF No. 8.) Upon a review of the docket, it appears that the findings and recommendations were not served on Plaintiffs. Therefore, the Clerk of the Court shall serve the findings and recommendations on Plaintiffs. The deadline for Plaintiffs to file written objections to the findings and recommendations will be thirty (30) days from the date of service of the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve the June 29, 2016 findings and recommendations on Plaintiffs; and

2. Plaintiffs may file written objections to the June 29, 2016 findings and

1

recommendations within thirty (30) days of the date of service of the findings and recommendations.

IT IS SO ORDERED.

Dated: **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE