# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA D. SHANNON, et al., | Case No. 1:16-cv-00640-AWI-SAB |
| Plaintiffs, | ORDER RE WITHDRAWAL OF COMPLAINT, ORDER ON FINDINGS AND RECOMMNEDATIONS, AND ORDER CLOSING CASE |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (Doc Nos. 8, 10) |

Marla Shannon and Guy Shannon ("Plaintiffs"), proceeding pro se and in forma pauperis, filed this action pursuant to 28 U.S.C. § 1361, 26 U.S.C. §§ 7214 and 7433, and 18 U.S.C. § 872. On June 29, 2016, the Magistrate Judge issued findings and recommendations recommending that the complaint be dismissed with leave to amend Plaintiff Marla Shannon's claims under 26 U.S.C. § 7433, to the extent that new or different facts can be alleged to render the claims cognizable. See Doc. No. 8. The Magistrate Judge also recommended that Plaintiff Marla Shannon's other claims be dismissed without leave to amend and that Plaintiff Guy Shannon's claims be dismissed without leave to amend. See Doc. No. 8.

On September 1, 2016, Plaintiffs filed a Response to Magistrate Case Summation and Request for Withdrawal of Complaint. See Doc. No. 10. Both Plaintiffs signed the request and clearly state that they are making a request for withdrawal of the case and complaint. See Doc. No. 10. The Court construes the Response to Magistrate Case Summation and Request for

Withdrawal of Complaint as a notice of voluntary dismissal without prejudice.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers to Plaintiffs' complaint or motions for summary judgment have been filed in this case, and it appears that no such documents have been served.  Because Plaintiffs have exercised their right to voluntarily dismiss their complaint without prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.  Because this case has terminated, the pending documents are moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 29, 2016 findings and recommendations (Doc. No. 9) is DENIED as moot; and
2. The Clerk shall CLOSE this case in light of Plaintiffs' Rule 41(a)(1) voluntary dismissal without prejudice (Doc. No. 10).

IT IS SO ORDERED.

Dated:   September 8, 2016                         _____
                                                                    SENIOR DISTRICT JUDGE